# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLINTON DANIEL SAM** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-0303** |
| **RONEI ROBUTSON** | **SECTION "S"(2)** |

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Clinton Daniel Sam for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

Further, the petitioner filed a request to the court along with his objections to the Magistrate Judge's Report and Recommendations in which he asks for legal advice. The request is **DENIED** because the court is not permitted to give legal advice to litgants.

New Orleans, Louisiana, this ___3rd___ day of _____August_____, 2010.

UNITED STATES DISTRICT JUDGE